**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 2552 |
| DOMINICK and STEPHANIE BURRESS, | |
| v. | |
| AMERICAN HOME MORTGAGE ASSETS TRUST 2007-1, | |
| et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Deutsche Bank National Trust Company, as Trustee for the American Home Mortgage Assets Trust Mortgage-Backed Pass-Through Certificates Series 2007-1, incorrectly sued herein as "American Home Mortgage Assets Trust 2007-1;"
American Home Mortgage Servicing, Inc.; and
Mortgage Electronic Registration Systems, Inc.

| |
|---|
| NAME (Type or print) |
| Ralph T. Wutscher |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Ralph T. Wutscher |
| FIRM |
| ROBERTS WUTSCHER, LLP |
| STREET ADDRESS |
| 105 W. Madison Street, Suite 2100 |
| CITY/STATE/ZIP |
| Chicago, Illinois  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| Illinois 6257298 | (312) 551-9320 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐