IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DOMINICK BURESS and STEPHANIE BURESS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.  08 CV 2552 |
| AMERICAN HOME MORTGAGE ASSETS TRUST 2007-1, *et al*. | ) ) ) | Judge Harry D. Leinenweber Magistrate Judge Cox |
| Defendants. | ) ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendants, Deutsche Bank National Trust Company, as Trustee for the American Home Mortgage Assets Trust Mortgage-Backed Pass-Through Certificates Series 2007-1, incorrectly sued herein as "American Home Mortgage Assets Trust 2007-1" ("Trustee"), American Home Mortgage Servicing, Inc. ("American Home"), and Mortgage Electronic Registration Systems, Inc. ("MERS"), by their counsel, move pursuant to Fed. R. Civ. P. 6(b) for an enlargement of the time allowed for them to respond to the Complaint in this matter for the reasons that follow:

1. Defendants were served with a copy of the Complaint and summons in this matter, and filed their Appearance contemporaneously with the filing of this Motion.

2. On May 27, 2008, Defendants' counsel contacted counsel for the Plaintiffs to request an enlargement of the time allowed for American Home to respond to the allegations against them. Plaintiffs' counsel stated he did not oppose the request.

3. Subsequently, Defendants' counsel requested that the request be applied as to Trustee and MERS, and Plaintiffs' counsel stated that he did not object to the additional request.

4. Defendants and their counsel require additional time to investigate the allegations, and to formulate an appropriate response.

1

5.This is Defendants' first request for an enlargement of time in this matter, and this Motion is not being submitted for the purpose of unreasonable delay or other improper purpose.

6.No party will be unduly prejudiced by the granting of this Motion.

WHEREFORE, Defendants request that the time allowed for them to respond to the Complaint in this matter be enlarged to and including June 17, 2008, and that the Court provide such further and relief as it deems just and appropriate.

| | |
|---|---|
| Dated: June 13, 2008 | Respectfully submitted, |
| | **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE for the American Home Mortgage Assets Trust Mortgage-Backed Pass-Through Certificates Series 2007-1, AMERICAN HOME MORTGAGE SERVICING, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |
| Ralph T. Wutscher<br>F. John McGinnis, *Of Counsel*<br>Lisa K. Barbieri<br>ROBERTS WUTSCHER, LLP.<br>105 W. Madison Street, Suite 2100<br>Chicago, Illinois 60602<br>Tel.  (888) 339-5282<br>Fax  (866) 581-9302 | Defendants,<br><br><br><br><br>By:  /s/  Ralph T. Wutscher<br>One of Their Attorneys |

### Certificate of Service

I, Ralph T. Wutscher, an attorney, hereby certify that on **June 13, 2008**, service of a true and correct copy of this document and any referenced exhibits was accomplished pursuant to ECF on all parties who are Filing Users.

/s/  Ralph T. Wutscher