IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DOMINICK BURESS and STEPHANIE BURESS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.  08 CV 2552 |
| AMERICAN HOME MORTGAGE ASSETS TRUST 2007-1, *et al*. | ) ) ) | Judge Harry D. Leinenweber Magistrate Judge Cox |
| Defendants. | ) | |

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that on **19th day of June, 2008**, at **9:30 am**, we shall appear before the **Honorable Judge Leinenweber** or any judge sitting in his stead, in **Room 1941** of the Dirksen Building, 219 S. Dearborn, in Chicago, Illinois, and present our **Unopposed Motion for Enlargement of Time**, a copy of which is provided with this Notice.

          **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE for the American Home Mortgage Assets Trust Mortgage-Backed Pass-Through Certificates Series 2007-1, AMERICAN HOME MORTGAGE SERVICING, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

Ralph T. Wutscher                   Defendants,
F. John McGinnis, *Of Counsel*
Lisa K. Barbieri
ROBERTS WUTSCHER, LLP.
105 W. Madison Street, Suite 2100
Chicago, Illinois 60602
Tel.  (888)339-5282            By:    /s/  Ralph T. Wutscher
Fax  (866) 581-9302                  One of Their Attorneys

## Certificate of Service

    I, Ralph T. Wutscher, an attorney, hereby certify that on **June 13, 2008**, service of a true and correct copy of this document and any referenced exhibits was accomplished pursuant to ECF on all parties who are Filing Users.

                                    /s/ Ralph T. Wutscher