IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DOMINICK BURESS and STEPHANIE BURESS,  )<br>) <br>Plaintiffs,   )<br>)<br>vs.   )<br>)<br>AMERICAN HOME MORTGAGE ASSETS  )<br>TRUST 2007-1, *et al*.   )<br>)<br>Defendants.   ) | Case No.  08 CV 2552<br><br>Judge Harry D. Leinenweber<br>Magistrate Judge Cox |

## NOTICE OF FILING

　　PLEASE TAKE NOTICE that on **17th day of June, 2008**, we caused to be filed with the U.S. District Court for the Northern District of Illinois, Eastern Division, **Defendants' Answer, Affirmative Defenses and Counterclaims**, a copy of which is provided with this Notice.

　　　　　　　　　　　　　　　　　　**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE for the American Home Mortgage Assets Trust Mortgage-Backed Pass-Through Certificates Series 2007-1, AMERICAN HOME MORTGAGE SERVICING, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

Ralph T. Wutscher　　　　　　　　　　　　　Defendants,
F. John McGinnis, *Of Counsel*
ROBERTS WUTSCHER, LLP.
105 W. Madison Street, Suite 2100
Chicago, Illinois 60602
Tel.  (888) 339-5282　　　　　　By:　　/s/  Ralph T. Wutscher
Fax  (866) 581-9302　　　　　　　　　　One of Their Attorneys


## Certificate of Service

　　I, Ralph T. Wutscher, an attorney, hereby certify that on **June 17, 2008**, service of a true and correct copy of this document and any referenced exhibits was accomplished pursuant to ECF on all parties who are Filing Users.

　　　　　　　　　　　　　　　　　　　　　　/s/  Ralph T. Wutscher

1